```
UNITED STATES DISTRICT COURT
 MIDDLE DISTRICT OF FLORIDA
        TAMPA DIVISION
```

UNITED STATES OF AMERICA,

v.                                Case No. 8:19-cr-398-T-33SPF

MARIA BASSI LAURO,
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Sean P. Flynn's Report and Recommendation (Doc. # 65), filed on December 29, 2020, recommending that Defendant Maria Bassi Lauro's Motion to Suppress Search Warrant and Evidence (Doc. # 44) be denied.

As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation and denies the Motion.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of

specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 65) is **ACCEPTED** and **ADOPTED.**

(2) Defendant Maria Bassi Lauro's Motion to Suppress Search Warrant and Evidence (Doc. # 44) is **DENIED.**

**DONE and ORDERED** in Chambers in Tampa, Florida, this 15th day of January, 2021.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE